SCWC-12-0000901

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,
PAINTERS LOCAL UNION 1791, AFL-CIO,
Petitioner/Union-Plaintiff-Appellant,

vs.

ENDO PAINTING SERVICE, INC. (2011-016),
Respondent/Employer-Defendant-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000901; S.P. NO. 12-1-0250)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Union-Appellant International Union of

Painters and Allied Trades, Painters Local Union 1791, AFL-CIO's

application for writ of certiorari, filed May 31, 2014, is hereby

rejected.

Dated: Honolulu, Hawaiʻi, July 15, 2014.

Rebecca L. Covert,                    /s/ Mark E. Recktenwald
Herbert R. Takahashi,
and Davina W. Lam                     /s/ Paula A. Nakayama
for petitioner
                                      /s/ Sabrina S. McKenna

Cid H. Inouye
Kristi L. Arakaki                     /s/ Richard W. Pollack
for respondent
                                      /s/ Michael D. Wilson

